IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 4:20-mj-00064 |
| v. | |
| JORDAN E. JOHNSON<br>LATISHA DESIREE EVANS | **ORDER TO DISMISS** |

    The Motion to Dismiss Complaint is granted, and it is hereby ordered and decreed that the Complaint in Criminal Number 4:20-mj-00064 against JORDAN E. JOHNSON and LATISHA DESIREE EVANS be and the same is hereby dismissed without prejudice.

     s/*Kaymani D. West*
    KAYMANI D. WEST
    UNITED STATES DISTRICT JUDGE

Florence, South Carolina

July 31, 2020